FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS DEANGELO JONES, #12520045
FCC (medium)
POB 5888
~~FT~~ ~~Zoo~~ City, Mississippi 39194
vs. Yazoo
Plaintiff,

Civ.No. _____

CASE RE-ASSIGNED
APR 28 2006
TO: URBINA, J. RMU

UNITED STATES DEPARTMENT OF
JUSTICE, et.al,
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

Defendants.

CASE NUMBER   1:06CV00461
JUDGE: Unassigned
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 03/██/2006

---

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
PERTAINING TO RECORDS OF MARCUS D. JONES ("LEE")**

---

Marcus Jones, pro se, ("Plaintiff") files the instant complaint against the Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives ("Defendants"), and hereby claims or alledges the following:

### JURISDICTIONAL STATEMENT

Plaintiff Marcus Jones, is a United States Citizen of the United States of America, residing in the State of Mississippi, and a proper party in this action.

The Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, ("ATF") in this cause is a "agency" governed by the Freedom of Information/ Privacy Act of 1976, pursuant to Title 5 U.S.C. §552 and §552(a).

This Court has jurisdiction and venue to entertain this

RECEIVED
FEB 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

suit under titles §5 U.S.C. §§ 552 and 552(a) of the Freedom of Information/ Privacy Act.

## COMPLAINT AND EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. On or about June 8, 2005, Plaintiff filed a Freedom of Information Request Act ("FOIA") to the Department of Justice ATF, requesting information ect. al, agent reports, reports of a Federal Drug investigation recommendation for prosecution, in which the ATF and its agents acted as laison agents, and the liason agency responcible for collecting the evidence and submitted the case to the Assistant United States Attorney for the Western District of Missouri, in the year of 1999. (N.1)

2. On or about June 16, 2005, the ATF, responded claiming that the plaintiff had not provided sufficient information to conduct a search. (Exhibit #1) On or about June 26, 2005, Plaintiff, filed a appeal from the ATF's denial. (Exhibit #2)

3. On August 10, 2005, Plaintiff filed a second appeal and notice of a address change. (Exhibit #3). On August 18, 2005, the ATF responded and reassigned the request number. (Exhibit# 4)

4. On or about September 1, 2005, the ATF responded and disclosed only information in it's possession ect, police reports, reccomendation for prosecution, and ATF agent reports concerning a firearms investigation and procesution. (Exhibit #5) This was the same information disclosed in the year of 2001. (See, n.1)

---

(n.1) Plaintiff's first request for all information concerning Plaintiff out of the Western District of Missouri was filed in the year of 2001, the ATF on disclosed information about a firearms investigation that is related to the drug investigation.

5. On September 15, 2005, Plaintiff filed a Administrative Appeal from the partial denial of the request for information concerning the drug investigation information, and Plaintiff also attached a copy of the letter from the Excutive Office of the United States Attorney's Office pointing out that the ATF, is and were responcible for collective evidence and presenting Plaintiff's drug case to the Assistant United States Attorney's Office. (Exhibit # 6). (n.2)

6. Plaintiff has given the ATF or Defendants sufficient time to respond to his appeal, and had written the ATF about his change of address. (Exhibit # 7)

7. The ATF has not responded tp Plaintiff's appeal. Plaintiff has fully exhausted all administrative remedies as to the above claims of withholding information and evidence.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

1.) Declaratory relief in that the defendant's (ATF), be declared in violation of the FOIA;

2.) Injunctive relief in that the ATF, be ordered to provide Plaintiff acess to all records requested free of cost;

3.) That these proceedings be expedicted according to the law;

4.) That sanctions be imposed against those found to knowingly and willingly depriving Plaintiff of access due:

---

(n.2) This Court found that the Drug Enforcement Agency and the Federal Bureau of Investigation did not possess any records concerning Plaintiff's drugs investigation in **Jones v. Department of Justice, Civ.No. 04-00813 (RMU)**

5.) That the ATF be ordered to provide a full vaughn Itemization and Index with Justification by sworn affivadit for records yet to be withheld;

6.) Grant Plaintiff Attorney fees/ research fees/ clerical fee that he has incurred; And

7.) Any further relief this Court deems just and proper.

EXECUTED THIS 20th DAY OF FEBURARY, 2006.

Respectfully Submitted,

Marcus D. Jones #12520-045
Federal Correctional Complex (Medium)
P.O.Box 5888
Yazoo City, Mississippi  39194

PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I the undersigned and also signed above hereby certify that the original and two copies of the aforegoing FOIA complaint were placed in the Federal Correctional Complex's Institutional mail box, pr-paid postage first class mail for fowarding to: The United States District Court for the District of Columbia, Office of the Clerk, 333 Constitution Ave, N.W., Washington, D.C. 20001, on this 20th day of Feburary, 2006.

Signed,

4.



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

JUN 1 6 2005

REFER TO: 05-1219 AG
100060

Mr. Marcus D. Jones
Reg. #12520-045
FCI – Post Office Box 5000
Greenville, Illinois  62246-5000

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request dated June 8, 2005, received on June 15, 2005, wherein you request access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pertaining to you.

A search of our criminal records has failed to produce the requested information. This is not a denial; rather it is to advise you that; based on the information you provided responsive records were not identified. If you can tell us how and when you had contact with ATF, or why you feel certain ATF would maintain records about you, also provide your social security number, we will then have more information on which to base a further search.

Furthermore, you specifically request 302 reports that are generated by the Federal Bureau of Investigations; ATF does not maintain other federal agency records.

Insofar as records have not been identified at this time, you have the right to request an administrative appeal based on the efficiency of the search. You may write to the Office of Information and Pr ivory, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof. However, if you can give us more information first we will search again.

Sincerely yours,

Averill P. Graham
Chief, Disclosure Division

06 0461

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marcus DeAngelo Jones #12520-045
Federal Correctional Institution
P.O.Box 5000
Greenville, Illinois  62246

June 26, 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearmes
and Explosives
Office of Information and Privacy
United States Department of Justice,
Flag Building, Suite 570
Washington, D.C.  20530-0001

    RE: **This is a Appeal from denial of records and a improper search in <u>FOIA request Number 05-1219 AG</u>**

Dear Mam or Sir:

    This agency is denying me the request for information based on a improper search for records. In my original request for the records I provided me social security number on the form,(My social security number is 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).

    I also provided in my request when and how this agency was involved in my drug investigation and provided the time, dates, and places where the investigation occured. I further informed in my request that his agency was responcible for collecting evidence in the possession of the State Police Department and preparing a recommendation for prosecution of the Assitant U.S. Attorney for the Western District of Missouri on a ATF F 3200.14 form.(Also See Attached page 1 thru 3)

    Furthermore, whether this agency calls it's investigative reports 302 reports or not I would have hoped that the person handling my request knew what I was saying.

    But, again my request for records were denied based on a improper search and I request that I be provided with the ATF Reports of Investigation of my drug case, the recommendation for prosecution form, ATF report of investigation interviews with witnesses.

                                      Sincerely,

                                      Marcus Jones #12520-045

06 0461

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marcus D. Jones #12520-045  
Federal Correctional Institution  
P.O. Box 5000  
Greenville, Illinois 62246

August 10, 2005

Department of Justice  
Bureau of Alcohol, Tobacco, Firearms  
and Explosives  
Washington, D.C. 20226

    RE: REQUEST NO 05-1219-AG, APPEAL AND NOTICE OF ADDRESS.

Dear Mam or sir:

    I requested information from this agency reguarding report, and evidence that this agency was involved in back in 1999, with the Columbia Police Department, in Columbia, Missouri.
    This evidence is known to be in this agency's possession and controll. This agency has refused to comply with my request.
    If I do not recieve the information, and notice from this appeal within 30 days I will seek Judicial relief.

                                                        Sincerely,

                                                        Marcus Jones #12520-045

PS: THE INFORMENTION WAS RELATED TO A DRUG INVESTIGATION WHICH THIS AGENCY ASSISTED AND COLLECTED EVIDENCE FROM THE POLICE DEPARTMENT.

cc;mdj

FILED  
MAR 1 0 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

AUG 1 8 2005

Washington, DC 20226
www.atf.gov

100060-AG

Mr. Marcus D. Jones
Reg. No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois 62246

Dear Mr. Jones:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on August 17, 2005, and has been assigned number 05-1483; a response will be mailed to you within 20 (twenty) business days from the date of receipt.

Sincerely yours,

*April Sands*

April Sands
Disclosure Assistant

**FILED**
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington, DC 20226
www.atf.gov

SEP X 1 2005          REFER TO: 05-1483 AG
                              100060

Mr. Marcus D. Jones
Register #12520-045
FCI – Post Office Box 5000
Greenville, Illinois 62246

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request for access to information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), as they pertain to you.

Your request is granted in part. We are releasing segregable portions of the records that are exempt and are withholding portions for the reasons indicated on the enclosed "Document Cover Sheet".

You provided the information necessary to identify your records when you appealed, consequently your appeal was remanded and then we were able to process your FOIA request. The costs associated with processing this portion of your FOIA request did not meet the minimum.

Insofar as portions of your request has been denied by deletions, you have the right to file an administrative appeal by following the procedures outlined in Part III of the enclosed form.

Sincerely yours,

Averill P. Graham
Chief, Disclosure Division

Enclosure

06 0461

FILED

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marcus DeAngelo Jones #12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois  62246

September 15, 2005

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms
and Explosives.
Freedom of Information and Privacy
Flag Building, Suite 570
Washington, D.C.  20530-0001

**RE: Administrative Appeal from Request No. 05-1483 AG**

Dear Mam or Sir:

I am appealing, because the ATF, is withholding information that I requested, and or did not conduct a proper search for information. I requested information concerning evidence collected by the ATF, from The Columbia Police Department in Columbia, Missouri.

The ATF division only disclosed material concerning the firearms investigation and offense when the recommendation for prosecution was given to the Assistant United States Attorney for the Western District of Missouri.

However, the ATF also acted as a liaison agency in collecting evidence concerning the Federal drug offense that I was charged with. I requested the reports, evidence, statement may, interviews taken and prepared by the ATF agents, and presented to the United States Attorney's Office concerning my **"drug investgation"**. I know this agency of the ATF participated in collecting the evidence and presenting this case to the prosecution.

Attached is my proof that the ATF has evidence, reports, ect., in it possession concerning my drug case and is withholding this material.

In the event that I do not hear from, you or the ATF, in 30 days from the date of this letter I will seek judicial relief.

Sincerely Yours,

cc:MDJ

06 0461

FILED
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

| Requester: **Marcus D. Jones** | Request Number: |
|---|---|

Subject of Request: **Self/MOW**

Dear Requester:   Mailed second time: AUG 18  _____
                                                    Date         JUL 2 0

In your April 19, 2001 letter, you requested a fee waiver if applicable. I regret to inform you that your request is denied. Federal regulation 28 CFR 16.11(k) sets forth the requirements for a waiver or reduction of fees. After carefully considering your FOIA request, #01-1351, in the context of 28 CFR 16.11(k), I have determined that your request does not meet the requirements for the reasons discussed below.

Your request must demonstrate that disclosure of the information you have requested is "in the public interest", and disclosure is not primarily for a commercial purpose. Your request is obviously not for a commercial purpose, but neither is disclosure in the public interest. For disclosure of information to be in the public interest, disclosure must be "likely to contribute significantly to the public understanding of the operations or activities of the government".

Title 28, section 16.11(k) of The Code of Federal Regulations requires that the subject of the requested records must concern identifiable operations or activities of the federal government, but in your case, you are the subject of the request. In addition, 28 CFR 16.11(k) requires that, "[t]he disclosure must contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester." In this case, your request contributes to your understanding as opposed to the understanding of a broad audience of persons.

Finally, it is well settled that indigence alone, without a showing of a public benefit, is insufficient to warrant a fee waiver. Accordingly, your request is denied. That said, your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. **As a result of reviewing your April 19, 2001, June 12, 2001, and August 12, 2001 letters, we consolidated them under EOUSA case 01-1351 so as to provide you with records responsive to your specific concerns.** This letter is a partial release.

**FILED**
**MAR 1 0 2006**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

___46___ pages are released in full (RIF);
___1___ page is released in part (RIP);
_____ page(s) are withheld in full (WIF). The redacted/withheld documents were reviewed to determine if any information could be segregated for release.

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

Section 552                                                                          Section 552a

[ ] (b)(1)          [ ] (b)(4)          [ ] (b)(7)(B)                    [ X ] (j)(2)
[ ] (b)(2)          [ ] (b)(5)          [ X ] (b)(7)(C)                  [ ] (k)(2)
                    [ ] (b)(6)          [ ] (b)(7)(D)                    [ ] (k)(5)
[ X ] (b)(3)        [ ] (b)(7)(A)       [ ] (b)(7)(E)                    [ ] _____
<u>6(e) F.R.C.P.</u>     [ ] (b)(7)(F)

_____

[ X ]    This office is also withholding grand jury material retained in the District.

In addition, a review of the material revealed:

[ X ]    <u>80</u> page(s) originated with another government component. These records and one cassette tape entitled "Compilation Tape Used at Trial" were found in the U.S. Attorney's Office files and may or may not be responsive to your request. As a result of receiving your $25.00 payment for processing fees, these records and the cassette tape are being referred to the following component listed for review and direct response to you:

**Dorothy Chambers**
**FOIA/PA Officer**
**Chief, Disclosure Division**
**Bureau of Alcohol, Tobacco, Firearms, and Explosives**
**Department of Justice**
**Washington, DC 20226**
Pages(s) Referred **80**

[ X ]    There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[ ]    See additional information attached.

This is the final action my office will take on your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter to:

Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

(Page 2 of 3)



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642    Washington, D.C. 20530

SEP 3 0 2005

Mr. Marcus DeAngelo Jones
Register No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

    Re: Request No. 01-1351

Dear Mr. Jones:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on September 22, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2873**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                         Sincerely,

                                         Priscilla Jones
                                         Chief, Administrative Staff



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

SEP 3 0 2005

Mr. Marcus DeAngelo Jones
Register No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

   Re: Request No. 05-1483

Dear Mr. Jones:

   This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on September 22, 2005.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2872**. Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                           Sincerely,

                           Priscilla Jones
                           Chief, Administrative Staff

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

Marcus D. Jones #12520-045  
Federal Correctional Complex  
P.O.Box 5888  
Yazoo City, Mississippi 39194

Date: 1-10-06

United States Department of Justice  
Office of Information and Privacy  
Administrative Appeal Section  
Flag Building, Suite 570  
Washington, D.C. 20530-0001

   RE: Freedom of Informantion Privacy Act Appeal NO. 05-2872;  
    And No. 05-2873 ; And Notice of New address.

Dear Mam or Sir:

  I am writing to inform you of my address change. I presently reside at the address in the upper left hand corner of this letter and as addressed on the envlope.

  I am also inquiring about the appeal in this cause. It has been over three months since my appeal has been pending concerning the agencies failure to disclose information to me.

  In the event that I do not recieve a decision on my appeal or the information requested in (30) thirty days I will seek judicial relief, Thank you for your time and attention in this matter.

            Sincerely,  
            Marcus Jones

cc;MDJ

06 0461  
FILED  
MAR 10 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT