UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
_____ DIVISION

FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marcus DeAngelo Jones

    Plaintiff/Petitioner

VS.

Department of Justice, ect.al.,

    Defendant(s)/Respondent(s)

CIVIL ACTION NO. 06 0461

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED *IN FORMA PAUPERIS*

I, Marcus Jones, declare that I am the plaintiff/petitioner in the above-captioned proceeding; that in support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; and, that I believe that I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?   ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. Bureau Of Prisons my pay id $5.25 per month

   b. If the answer is no, state the date of you last worked and the amount of salary or wages per month which you received. _____

2. Have you received within the past TWELVE (12) MONTHS any money from any of the following sources?

   a. Business, profession, or form of self-employment?   ☐ Yes   ☒ No
   b. Pensions, annuities, or life insurance payments?   ☐ Yes   ☒ No
   c. Rent payments, interest, or dividends?   ☐ Yes   ☒ No
   d. Gifts or inheritances?   ☐ Yes   ☒ No
   e. Any other sources?   ☒ Yes   ☐ No

If the answer to any of the above is yes, describe each source of money received and state the amount received from each during the past TWELVE (12) MONTHS. _____

Family and Friends I receive about 40 to 50 dollars a month.

RECEIVED
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you have any cash, or do you have money in a checking or savings account or prison account? (you must attach a certificate from prison authorities if you have money in a prison account)

   ☐ Yes   ☒ No   If yes, how much do you have? $_____

4. Do you own any real estate (house and/or property), stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household goods and furnishings?   ☐ Yes   ☒ No

   a. If the answer is yes, describe the property and state its approximate value.

   _____
   _____

   b. If the answer is yes, list any mortgages, liens, or loans against the property and state the amount you owe. _____

   _____
   _____

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support. _____

   _____
   _____

   Signed this __20th__ day of __Feburary__, __2006__.

   _____
   SIGNATURE OF PLAINTIFF/PETITIONER

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN HEREIN ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C. §1621 PROVIDES AS FOLLOWS:

   *Whoever —*

   *. . . .*
   *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*

*is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

   Executed this __20th__ day of __Feburary__, __2006__.

   _____
   SIGNATURE OF PLAINTIFF/PETITIONER

## Inmate Statement

| | |  | |
|---|---|---|---|
| Inmate Reg #: | 12520045 | Current Institution: | Yazoo City FCI |
| Inmate Name: | JONES, MARCUS | Housing Unit: | DELTA 2 |
| Report Date: | 02/19/2006 | Living Quarters: | D02-218L |
| Report Time: | 12:38:35 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | 2/18/2006 2:07:01 AM | FYAZD107-838 | | | Debt Encumbrance - Released | | $10.38 | -------- |
| YAZ | 2/18/2006 2:07:01 AM | FYAZD107-835 | | | Debt Encumbrance - Released | | $0.32 | -------- |
| YAZ | 2/18/2006 2:07:01 AM | FYAZD107 | | | Photo Copies | ($10.70) | | $20.05 |
| YAZ | 2/17/2006 6:55:42 PM | ITS0217 | | | Phone Withdrawal | ($9.00) | | $30.75 |
| YAZ | 2/17/2006 5:20:59 PM | ITS0217 | | | Phone Withdrawal | ($5.00) | | $39.75 |
| YAZ | 2/17/2006 2:08:34 PM | 33310106 | | | Western Union | $35.00 | | $44.75 |
| YAZ | 2/17/2006 2:08:34 PM | FYAZD107-838 | | | Debt Encumbrance | | ($10.38) | -------- |
| YAZ | 2/15/2006 2:36:01 PM | FYAZD107-835 | | | Debt Encumbrance | | ($0.32) | -------- |
| YAZ | 2/14/2006 5:05:33 PM | ITS0214 | | | Phone Withdrawal | ($8.00) | | $9.75 |
| YAZ | 2/13/2006 6:52:38 PM | 111 | | | Sales | ($8.10) | | $17.75 |
| YAZ | 2/13/2006 12:33:08 PM | 33 | | | Sales | $0.00 | | $25.85 |
| YAZ | 2/12/2006 7:52:36 PM | ITS0212 | | | Phone Withdrawal | ($4.00) | | $25.85 |
| YAZ | 2/10/2006 6:09:15 PM | ITS0210 | | | Phone Withdrawal | ($8.00) | | $29.85 |
| YAZ | 2/10/2006 9:56:59 AM | FIPP0106 | | | Payroll - IPP | $7.56 | | $37.85 |
| YAZ | 2/9/2006 4:32:24 PM | ITS0209 | | | Phone Withdrawal | ($7.00) | | $30.29 |
| YAZ | 2/8/2006 5:10:37 PM | 33309406 | | | Western Union | $30.00 | | $37.29 |
| YAZ | 2/8/2006 5:10:37 PM | 4GRED028-772 | | | Debt Encumbrance | | ($3.43) | -------- |
| YAZ | 2/8/2006 4:36:24 PM | ITS0208 | | | Phone Withdrawal | ($1.00) | | $7.29 |
| YAZ | 2/6/2006 5:31:49 PM | ITS0206 | | | Phone Withdrawal | ($2.00) | | $8.29 |
| YAZ | 2/6/2006 2:49:04 PM | 57 | | | Sales | ($21.14) | | $10.29 |
| YAZ | 2/6/2006 1:01:02 PM | 33309206 | | | Western Union | $30.00 | | $31.43 |
| YAZ | 2/6/2006 1:01:02 PM | 4GRED028-747 | | | Debt Encumbrance | | ($6.00) | -------- |
| YAZ | 2/5/2006 9:08:52 PM | ITS0205 | | | Phone Withdrawal | ($1.00) | | $1.43 |
| YAZ | 2/5/2006 11:01:20 AM | ITS0205 | | | Phone Withdrawal | ($1.00) | | $2.43 |
| YAZ | 2/2/2006 4:47:56 PM | 64 | | | Sales | ($5.00) | | $3.43 |
| YAZ | 2/2/2006 12:28:57 PM | JV0040 | | | Photo Copies | ($1.00) | | $8.43 |
| YAZ | 2/1/2006 2:07:43 AM | 4GRED028-566 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| YAZ | 2/1/2006 2:07:43 AM | 4GRED028-571 | | | Debt Encumbrance - Released | | $3.43 | -------- |
| YAZ | 1/31/2006 4:31:22 PM | ITS0131 | | | Phone Withdrawal | ($20.00) | | $9.43 |
| YAZ | 1/31/2006 2:09:24 PM | 33308806 | | | Western Union | $20.00 | | $29.43 |
| YAZ | 1/30/2006 5:19:30 PM | 79 | | | Sales | ($15.21) | | $9.43 |
| YAZ | 1/27/2006 4:39:17 PM | ITS0127 | | | Phone Withdrawal | ($4.00) | | $24.64 |
| YAZ | 1/27/2006 2:12:28 PM | JV0032 | | | Photo Copies | ($3.70) | | $28.64 |

06 0461

FILED

MAR 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| YAZ | 1/26/2006 7:34:41 PM | ITS0126 | | Phone Withdrawal | ($1.00) | $32.34 |
| YAZ | 1/26/2006 4:35:07 PM | ITS0126 | | Phone Withdrawal | ($7.00) | $33.34 |
| YAZ | 1/26/2006 12:00:59 PM | 33308506 | | Western Union | $30.00 | $40.34 |
| YAZ | 1/22/2006 9:38:00 AM | ITS0122 | | Phone Withdrawal | ($1.00) | $10.34 |
| YAZ | 1/21/2006 2:02:41 PM | ITS0121 | | Phone Withdrawal | ($4.00) | $11.34 |
| YAZ | 1/21/2006 10:42:13 AM | ITS0121 | | Phone Withdrawal | ($1.00) | $15.34 |
| YAZ | 1/20/2006 5:49:08 PM | ITS0120 | | Phone Withdrawal | ($1.00) | $16.34 |
| YAZ | 1/20/2006 5:42:02 PM | ITS0120 | | Phone Withdrawal | ($1.00) | $17.34 |
| YAZ | 1/19/2006 11:52:19 AM | 15 | | Sales | ($10.40) | $18.34 |
| YAZ | 1/18/2006 5:12:06 PM | ITS0118 | | Phone Withdrawal | ($1.00) | $28.74 |
| YAZ | 1/18/2006 2:08:22 PM | 33307906 | | Western Union | $20.00 | $29.74 |
| YAZ | 1/15/2006 3:32:20 PM | ITS0115 | | Phone Withdrawal | ($1.00) | $9.74 |
| YAZ | 1/15/2006 11:39:20 AM | ITS0115 | | Phone Withdrawal | ($2.00) | $10.74 |
| YAZ | 1/14/2006 3:38:17 PM | ITS0114 | | Phone Withdrawal | ($1.00) | $12.74 |
| YAZ | 1/13/2006 5:57:10 PM | ITS0113 | | Phone Withdrawal | ($1.00) | $13.74 |
| YAZ | 1/13/2006 5:49:16 PM | ITS0113 | | Phone Withdrawal | ($1.00) | $14.74 |
| YAZ | 1/11/2006 7:41:37 PM | ITS0111 | | Phone Withdrawal | ($4.00) | $15.74 |

1 2

**Total Transactions: 91**

Totals: $20.05  ($9.43)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| YAZ | $10.62 | $0.00 | $9.43 | $0.00 | $0.00 | $0.00 | $0.00 | $20.05 |
| **Totals:** | **$10.62** | **$0.00** | **$9.43** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20.05** |