UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Marcus DeAngelo Jones, #12520045-
FCC (Medium)
POB 888        Plaintiff,
        v.      Yazoo City, Ms 39194          Civil Action No. 06-0461
                Yazoo                                              UNA
United States Department of
Justice, et al.,

        Defendants.

---

PRO SE NOTICE OF COMPLIANCE WITH ORDER AND
REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS

---

Marcus Jones, pro se, (Hereinafter "Jones") in the above captioned action, submitts the instant responce in compliance with a order of the Court dated March 10, 2006 and the application for leave to proceed In Forma Pauperis. In Support of this motion Jones states:

1.) On or about March 10, 2006, this Court enterd a order in directing Jones to supplement a statement of his inmate account for the months of August through December 2005.

2.) Jones, cannot provide a copy of his inmate account for those months because he arrived at this institution on or about December 12, 2005, and will only be able to provide a account statement from the month of December 2005 to this date.

3.) I contacted the appropriate prison official concerning this matter by reqest and writing and was issues the responce

attached. (Attached page 1).

4.) Jones cannot provide the information requested by the Court because this institutions system will not provide that infortmation.

5.) Jones has attempted to comply with the order of the Court and the instructions on the application to proceed in forma pauperis.

**WHEREFORE,** Jones request that this Honorable Court, allow him to proceed in forma pauperis, and for good cause shown.

**EXECUTED THIS 21st DAY OF MARCH, 2006.**

Respectfully Submitted,

Marcus Jones #12520045
pro se

### CERTIFICATE OF SERVICE

I, Marcud Jones, here by certify that the original and two copies of the instant motion were placed in the Federal Correctional Complex Institutional Mail system for forwardung to the: United States District Court for the District of Columbia Office of the Clerks, pre paid postage first class mail on this 21st day of March, 2006.

Signed,
Marcus Jones

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Counselor A Futenberry | DATE: March 7, 2006 |
|---|---|
| FROM: Marcus D. Jones | REGISTER NO.: 12520045 |
| WORK ASSIGNMENT: Education Orderly | UNIT: Delta 2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like for you to provide me with a copy of my inmate trust fund account to include the months of August through December 2005, per a order that I received from the court see Attached.

(Do not write below this line)

DISPOSITION: Only Allowed to view 90 day Account history

Signature Staff Member: G. Forth, Counselor
Date: 3-19-06

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Attachment # 1