IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS D. JONES,

Plaintiff,

v. Civil Action No. 06-0461-RMU

DEPARTMENT OF JUSTICE, et.al.,

Defendants.

PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT ON CLAIMS AGAINST THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Plaintiff Marcus D. Jones, pro se, moves for Summary Judgement pursuant to Federal Rules of Civil Procedure 56, in this Freedom of Information Act ("FOIA") case, 5 U.S.C. §552, on the grounds that records have been improperly withheld by the defendants. Plaintiff is, therefore entitled to judgement as a matter of law.

In support of this motion Plaintiff submits a declaration from Marcus Jones, plaintiff, exhibits as to the suppression and non disclosure of records, as well as a memorandum of Points and Authorities, and a statement of Material facts not in dispute.

The defendants should take notice that any factual assertions contained in the documents in support of this motion will be accepted by the Court as true, unless defendant submitts its

own affidavit or other documentary evidence contradicting the assertion in the documents. **See, Neal v. Kelly, 963 F.2d 453, 456-57 (D.C.Cir. 1992)**(Discussing Rule 56 Federal Rules of Civil Procedure).

The grounds for this motion are set forth more fully in the attached memorandum of Points and Authorities.

**Respectfully Submitted,**

**Marcus D. Jones #12520-045**
FCC Comey
P.O. Box 5888
Yazoo City, MS
39194

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS D. JONES,

Plaintiff,

vs. Civil Action No. 06-0461-RMU

DEPARTMENT OF JUSTICE, et.al.,

Defendant.

DECLARATION OF MARCUS D. JONES

I Marcus DeAngelo Jones, declare as follows:

1. My name is Marcus DeAngelo Jones.

2. I am over the age of 21, I reside at the Federal Correctional Complex, P.O.Box 5888, Yazoo City, Mississippi, 39194. I am fully competent to make this affidavit and have personal knowledge of the facts stated in this declaration.

3. The purpose of this declaration is to provide the Court with facts that the Bureau of Alcohol, Tobacco, Firarms, and Explosives, (ATF) had conducted an inadequate search for records and is in violation of the Freedom of Information Act of 1979 (FOIA), 5 U.S.C. 552 and 552a, in failing to respond to The FOIA Appeal.

## Correspondance

4. By letter dated in April of 2001, I (Marcus Jones) made a request for information regarding myself and information regarding investigations concerning myself in the Western District of Missouri.

On July 7, 2001, the ATF responded and provided me with records concerning a firearms investigation, and did not perform a general search for records regarding the request for information. (Exhibit page 1).

5. On August 18, 2004, following a request made to the Excutive Office of the United States Attorney's Office. I was notified that the ATF had participated and was responcible for collecting evidence in a drug investigation concerning me, that was out of the Western District of Missouri. I was informed that the ATF had records in their possession regarding me. (Exhibit pages 2-4).

6. As a result on June 8, 2005, I filed a new FOIA request to the ATF, specifically requesting records concerning the Drug investigation, including but not limited to, agent reports, reports of the recommendation for prosecution, for which the ATF acted as a laison agents for the prosecution and submitted the case the United States Attorney's Office for the Western District of Missouri for prosecution.

7. On June 16, 2005, the AFT, claimed that I had not provided sufficiant information. On June 26, 2005, I filed a appeal on the FOIA. (Exhibit page 5) A second appeal was filed on August 10, 2005. (Exhibit page 6).

8. On September 1, 2005, the ATF responded and disclosed information not related to the FOIA request. The ATF disclosed the material relating to the firearms investigation. The same

material it disclosed to me in 2001. (Exhibit page 7-8)

9. On September 15, 2005, I filed appeals from the denials of the information requested. In this appeal I provided the ATF with the evidence that the information requested was in their possession, but that the Excutive Office of the United States Attorney's stated that the ATF had this information in its possession. (Exhibit pages 9;2-4: The Court should note that exhibits 2-4 were sent to the ATF attached to exhibit page 9); Also See, (Exhibit pages 10,11, and 12)

10. I wrote the ATF on Janurary 10, 2006, notifying them of my change of address. The ATF responded by letter which I recieved after the civil action was filed (Exhibit page 13), stating that I would recieve my responce in weeks. Six months has passed since I recieved the letter and I have recieved nothing.

11. I have given the ATf or defendants sufficient time to respond to the appeals and has written the ATF about the delay. The ATF has not responded in the past (6) six months.

**The search for records was inadequate**

12. The ATF has fail to conduct a adequate search for records or information in responce to my 2001 and 2005 request for information using my name, social security number; date of birth, and additional information provided regarding the requested information.

13. The information sought by me is in the possession of the ATF, that consist of more than 80 pages and additional information is reasonably likely to be found in the agents case files; The ATF, Criminal Enforcement Investigative Reporting and filing

system, or ATF O 3270.20 reports of investigation, which is in the ATF's system of records that contains all administrative and investigative files complied by the AFT for law enforcement purposes.

14, There is no doubt that the records exist. The Excutive Office of the United States Attorney's informed that the records are in the ATF's possession.

15. The ATF has not conducted a adequate search responcive to the request and has fail to respond to my appeal which constitutes a outright denial in violation of the FOIA.

16. The subject of this declaration and statemens set forth herein are true and correct on the basis of my personal knowledge or based on the information acquired by me.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED THIS 13th DAY OF June, 2006.**

**Respectfully submitted,**

**Affiant**

## CERTIFICATE OF SERVICE

I, Marcus Jones, Plaintiff, in this cause, hereby certify that tru true and correct copies of (2) Plaintiff's Motion for summary Judgement; (2) The Declaration of Marcus Jones, with its attached exhibits.;and (3) The Memorandum of Points and Authorities in Support of Plaintiff's Summary Judgement motion, were placed in the Federal Correctional Complex's institutional mail box on this 13th day of June, 2006, postage pre-paid, first class mail for forwarding to:

Office of the Clerk
United States District Court
District of Columbia
333 Constitution Ave., N.W
Washington, D.C. 20001