Marcus Jones # 12520045
Federal Correctional Complex
P.O. Box 26030
Beaumont, Texas 77720

RECEIVED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 16, 2006

Office of the Clerk
United States District Court
District of Columbia
Third & Constitution Ave. N.W.
Washington, D.C. 20001

06-0461 RMU

Re: Marcus DeAngelo Jones v. Department of Justice,
Notice of address change and case inquiry.

Dear Clerk:

    I am writing to let you know that I have been moved to a new Federal Institution who's address is stated above in the upper left hand corner.

    I don't have my legal material so I don't remember my case number. However, I would like to know if you could look my case up by my first, middle, and last name and send me a docket sheet or let me know what's going on with it. I would highly appreciate it.

    Thanks for your time and attention in this matter.