Marcus D. Jones #12520045
Federal Correctional Complex - U.S.P-
P.O. Box 26030
Beaumont, Texas 77720

RECEIVED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

November 13, 2006

United States District Court
District of Columbia
333 Constitution Ave. N.W
Washington, D.C.  20001

Re: Marcus Jones v. Dept of Justice, No 1:06-cv-00461-RMU

Dear Clerk:

  I am writing to let you know that I have been moved to a new institution and would like for you to enter the new address stated in the upper left hand corner of this letter as my new address.

  Also, I would like to know the status of my case. Have the Department of Justice been ordered to respond? Could you please send me a up to date copy of the Docket Sheet in this case it would be highly appreciated.

  Thank you for your time and attention in this matter.

Sincerely
Marcus Jones

cc: MDJ