UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCUS DEANGELO JONES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-0461 (RMU) |
| | : | |
| v. | : | Doc. No.:              8 |
| | : | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

The court previously granted the plaintiff's *pro se* motion for leave to proceed *in forma pauperis*. The plaintiff has filed a motion for summary judgment, but the defendants have not yet been served. Accordingly, it is this 22nd day of March, 2007, hereby

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that the Clerk of the District Court issue summonses for the defendants in order for the United States Marshals Service to effect service of the complaint pursuant to 28 U.S.C. § 1915(d).

RICARDO M. URBINA
United States District Judge