**RECEIVED**

APR 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHANGE OF ADDRESS NOTIFICATION

Re: Marcus DeAngelo Jones v. Department of Justice, et. al,

Case No: 06-0461-RMU

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME Marcus Jones

NUMBER AND STREET P.O. Box 1033

CITY Coleman     STATE Florida ZIP CODE 33521

TELEPHONE NO. ___-n/a-___

PRISON Federal Correctional Complex USP#1 (if applicable)

PRISONER'S REGISTRATION NO. 12520-045 (if applicable)

EFFECTIVE 4-2-07
(DATE)                              PRO SE SIGNATURE