UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCUS DEANGELO JONES, <br> #12520-045 FCC (medium) <br> P.O. 5888 <br> Yazoo City, MS 39194 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue, N.W., <br> Washington, D.C. 20530, <br><br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS AND EXPLOSIVES, <br> 650 Massachusetts Avenue, N.W., <br> Washington, D.C. 20226, <br><br> Defendants. | Civil Action No. 06-0461 |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for the United States.

Respectfully submitted,

/s/
ALAN BURCH, D.C. BAR #470655
Assistant U.S. Attorney
555 Fourth St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2007, I caused the foregoing Notice of Appearance to be served on plaintiff, *pro se*, via First Class US Mail addressed as follows:

>Marcus Deangelo Jones
>#12520-045 FCC (medium)
>P.O. 5888
>Yazoo City, MS 39194

and addressed to:

>Marcus Deangelo Jones
>USP COLEMAN I
>U.S. Penitentiary
>P.O. 1033
>Coleman, FL  33521

>　　　　　　　/s/
>ALAN BURCH, D.C. Bar # 470655
>Assistant United States Attorney
>555 Fourth St., N.W.,
>Washington, D.C. 20530