UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS DEANGELO JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, and ) <br> ) <br> U.S. BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.  06-0461 (RMU) |

**FIRST MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, the Department of Justice, and the Bureau of Alcohol, Tobacco, Firearms and Explosives, respectfully request an additional thirty days to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA").  The current deadline is May 23, 2007, and Defendants request a new deadline of June 22, 2007.

Plaintiff, a *pro se* prisoner with a projected release date in the year 2024, seeks records from federal law enforcement agencies concerning his criminal file.

The extension is appropriate to permit proper preparation of a defense in light of the facts that Agency counsel is currently working on two other FOIA cases with approaching deadlines and undersigned counsel also has several appellate briefs due this month.  At this time, it appears that the 30-day extension should give Defendants enough time to complete the necessary declarations and motions to file a dispositive motion in lieu of merely filing an answer.

Accordingly, the extension is in the interest of judicial economy, and Plaintiff will not be prejudiced.

Because Plaintiff appears *pro se*, counsel for Defendant did not attempt to confer with Plaintiff regarding this motion, consistent with Local Rule 7(m). A proposed order is attached.

May 3, 2007                                          Respectfully submitted,

 

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2007, I caused the foregoing First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on plaintiff, *pro se*, via First Class Mail addressed as follows:

    Marcus Deangelo Jones
    #12520-045 FCC (medium)
    P.O. 5888
    Yazoo City, MS 39194

and also addressed to:

    Marcus Deangelo Jones
    USP COLEMAN I
    U.S. Penitentiary
    P.O. 1033
    Coleman, FL  33521

where the first address comes from Plaintiff's court filings and the second comes from current information from the Inmate Locator at www.bop.gov.

                                                /s/
                                          ALAN BURCH, D.C. Bar # 470655
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.,
                                          Washington, D.C. 20530