UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS DEANGELO JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, and ) <br> ) <br> U.S. BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-0461 (RMU) |

**ORDER ON GOVERNMENT'S MOTION TO ENLARGE TIME**

UPON CONSIDERATION of Defendants' First Motion to Enlarge Time to File Answer or Otherwise Respond to the Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Defendants shall file their answer or otherwise respond to the Complaint by June 22, 2007.

So ordered.

This _____ day of _____, 2007.

_____
RICARDO M. URBINA
United States District Judge