**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Alberto Gonzales, US Atty. General
Dept. of Justice
10th & Constitution Ave., NW
Washington, DC 20530

Civil Action, File Number __06-461 RMU__

__Marcus Deangelo Jones__
V.
__US Dept. of Justice, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT... ES. If you are served on behalf of a corporation, ... your signature your relationship to that entity. If ... ust indicate under your signature your authority.

... days, you (or the party on whose behalf you ... omplaint in any other manner permitted by law.

... se behalf you are being served) must answer the ... ent by default will be taken against you for the

... cipt of Summons and Complaint By Mail was

06-461  PRT  4-23-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Alberto Gonzales
U.S. Atty. Gen'l.-DOJ
10th + Constitution Ave, NW
Wash., DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 7925

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

) COMPLAINT
... complaint in the above captioned manner at

_____
(USMS Official)

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

Copy 4 - USMS District Suspense

# ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

US Dept. of Justice
Bureau of ATF & Explosives
Flag Bldg., Ste. 570
Washington, DC 20530

Civil Action, File Number __06-461 RMU__

__Marcus Deangelo Jones__

V.

__US Dept. of Justice, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] indicate under your signature your authority.

[...] days, you (or the party on whose behalf you [...] mplaint in any other manner permitted by law.

[...] behalf you are being served) must answer the [...] nt by default will be taken against you for the

[...] ipt of Summons and Complaint By Mail was

(SMS Official)

COMPLAINT
complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Justice
Bureau of ATF & Expl.
Flag Bldg., Ste. 570
Washington, DC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): APR 3 0 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 7918

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

06-461    4-23-07    FRT

Copy 4 - USMS District Suspense

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number **06-461 RMU**

**Marcus Deangelo Jones**
V.
**US Dept. of Justice, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within \_\_\_\_ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[Sign ALL COPIES. If you are served on behalf of a corporation, indicate under your signature your relationship to that entity. If ...ess, you must indicate under your signature your authority.

...within \_\_ days, you (or the party on whose behalf you ...and complaint in any other manner permitted by law.

...e behalf you are being served) must answer the ...ent by default will be taken against you for the

...ipt of Summons and Complaint By Mail was

_____
(USMS Official)]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

06-461  FRT  4-23-07

1. Article Addressed to:
U.S. Dept. of Justice
950 Penn. Ave., NW
Wash., DC.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]

B. Received by (Printed Name) / 4-30-7 / APR 30 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 7901

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLAINT
complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense