| Page Number(s) | Description | Exemption Claimed | Justification |
|---|---|---|---|
| 1 | Management log | Released in full | n/a |
| 2 | TECS II search results | (b)(2) (b)(7)(C) | Internal administrative procedures including law enforcement computer codes; Name and identifying information of a Federal law enforcement officer |
| 3-5 | Report of Investigation | (b)(7)(C) | Name and identifying information of third parties in a law enforcement file; Names and identifying information of Federal and State law enforcement officers |
| 6-8 | TECS II search results | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Name and identifying information of a Federal law enforcement officer |
| 9 | Individual Case Analysis | Releasing in full[1] | n/a |
| 10-12 | ATF Memorandum: Recommendation for Prosecution | (b)(7)(C) | Name and identifying information of a third party in a law enforcement file; Name and identifying information of a Federal law enforcement officer |
| 13 | TECS II search results | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Name and identifying information of a Federal law enforcement officer |
| 14-17 | Exhibit 1: Missouri State Highway Criminal History Record | (b)(2) | Internal administrative procedures, including law enforcement computer codes |
| 18-19 | Exhibit 2: Criminal History Record | (b)(2) | Internal administrative procedures, including law enforcement computer codes |

---

[1] Upon review pursuant to this litigation, it has been determined that the two words withheld pursuant to (b)(2) on page 9 of the redacted material does not qualify for (b)(2) exemption. ATF anticipates forwarding an unredacted copy of this page to Mr. Jones.

1

| 20-21 | Exhibit 3: Cover sheet; Indictments and Judgments (State of Tennessee v. Marcus Lee) | Released in full | n/a |
|---|---|---|---|
| 22-24 | Judgment (05.30.97) | (b)(7)(C) | Name and identifying information of a third party in a law enforcement file |
| 25-27 | Judgment (08.16.94) | (b)(7)(C) | Name and identifying information of a third party in a law enforcement file; Name and identifying information of a Federal law enforcement officer |
| 28-29 | Indictment | (b)(7)(C) | Names and identifying information of third parties in a law enforcement file; Name and identifying information of a Federal law enforcement officer |
| 30-32 | Judgment (12.11.95): Possession of a deadly weapon w/ intent to commit crime | Released in full | n/a |
| 33-36 | Indictment | (b)(7)(C) | Names and identifying information of third parties in a law enforcement file |
| 37 | Indictment for possession of a deadly weapon w/ intent to commit crime | (b)(7)(C) | Names and identifying information of third parties in a law enforcement file |
| 38-39 | Judgment (12.11.95): Sale of controlled substance | Released in full | n/a |
| 40-41 | Judgment (12.11.95) | (b)(7)(C) | Name and identifying information of a third party in a law enforcement file |
| 42-44 | Indictment | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of third parties in a law enforcement file |
| 45-46 | Exhibit 4: Cover sheet; Records from Shelby County Sheriff's Office re: Marcus D. Lee | (b)(7)(C) | Name and identifying information of a state law enforcement support staff; Name and identifying |

|         |                                                     |                     |                                                                                                                                                                                                |
|---------|-----------------------------------------------------|---------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |                                                     |                     | information of a state law enforcement officer                                                                                                                                                 |
| 47-48   | Intake form                                         | (b)(7)(C)           | Name and identifying information of a third party in a law enforcement file; Name and identifying information of a state law enforcement officer                                               |
| 49-50   | Inmate transfer form                                | (b)(7)(C)           | Name and identifying information of a third party in a law enforcement file; Name and identifying information of a state law enforcement officer                                               |
| 51-108  | Local law enforcement records of arrest             | (b)(2) (b)(7)(C)    | Internal administrative procedures, including law enforcement computer codes; Name and identifying information of a third party in a law enforcement file; Name and identifying information state law enforcement officers |
| 109-111 | Exhibit 5: Cover sheet; Report of Investigation     | (b)(7)(C)           | Name and identifying information of a third party in a law enforcement file; Names and identifying information of state and Federal law enforcement officers                                   |
| 112-116 | Offense Report: Columbia Police Department          | (b)(2) (b)(7)(C)    | Internal administrative procedures, including law enforcement computer codes; Name and identifying information of third parties in a law enforcement file; Names and identifying information of a state law enforcement officer and support staff |
| 117-122 | Offense Report: Columbia Police Department          | (b)(2) (b)(7)(C)    | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of third parties in a law enforcement file;                                    |

3

|  |  |  | Names and identifying information of a state law enforcement officers |
|---|---|---|---|
| 123-124 | Property Information Report: Gun | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes;; Name and identifying information of a state law enforcement officer |
| 125-131 | Follow-Up Report: Aggravated Assault | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of third parties in a law enforcement file; Names and identifying information of state law enforcement officers |
| 132-138 | Follow-Up Report: Aggravated Assault | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of  third parties in a law enforcement file; Names and identifying information of state law enforcement officers |
| 139-141 | Follow-Up Report: Aggravated Assault | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of third parties in a law enforcement file; Names and identifying information of state law enforcement officer |
| 142-143 | Follow-Up Report: | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of state law enforcement officers |
| 144-145 | Fingerprints | (b)(7)(C) | Name and identifying information of a state law enforcement officer |
| 146 | Report of Investigation | (b)(7)(C) | Names and identifying |

| | | | |
|---|---|---|---|
| | | | information of third parties in a law enforcement file; Names and identifying information of Federal law enforcement officers |
| 147-148 | Exhibit 7: Cover sheet; Report of Investigation | (b)(7)(C) | Names and identifying information of Federal law enforcement officers |
| 149-151 | Exhibit 8: Cover Sheet; Laboratory Report | (b)(2) (b)(7)(C) | Internal administrative procedures, including law enforcement computer codes; Names and identifying information of third parties in a law enforcement file; Names and identifying information of Federal law enforcement officers and support staff |