**TO:** U.S. Department of Treasury    **FROM:** Marcus DeAngelo Jones
Bureau of Alcohol, Tobacco and firearms    #12520045
c/o Melissa Bevins    P.O. Box 33
Washington, D.C  20226    Terre Haute, Ind 47808

Dear Mam or Sir,

Pursuant to Title 5 U.S.C 552 and all other relevant sections and parts thereof, I the undersigned, also identified above in the upper right-hand section, hereby respectfully request the following information:

I'm requesting all information in the acqisition of a firearm of Marcus DeAngelo Jones aka Marcus DeAngelo Lee at the Callaway County Sheriff's Dept and Callaway Pawn and Gun. This request is not limited to the material requested herein but all material involving that acqisition dated in the month of August of 1999.

If there are applicable rules and regulations that govern your in such matters, please forward them to me so that I might comply with them per the **FOI Act of 1974.**

If for any reasons any of the above requested information or material is deemed to be priviledged and exempt under **FOIA**, please specify the statutatory reason for the exemption, the name and title of the person making the decision to with hold the material.

Per the dictates of the **FREEDOM OF INFORMATION ACT OF 1974** your agency has (10) working days to respond to this request. In the event I do not recieve a responce by that time; I will deem this information request denied and seek a judicial remedy.

DATED: 3-10-01       SUMITTED BY: Marcus Jones

REQUESTER

_____

Sworn and subcribed before me this 10th day of May, 01 I the Federal Prison Case Manager of the named person, verify that the above person appeared before me and is who he claims to be.

Case Manager/Notary Public

**EXHIBIT A**

# CERTIFICATION OF IDENTITY

**PRIVACY ACT STATEMENT:** In accordance with 28 CFR 16.41, personal data sufficient to identify the individual submitting a request by mail under the PRIVACY ACT of 1974, 5 U.S.C. 552a, is required. The purpose of this solicitation is to ensure that the records of the individuals who are subject of U.S., Department of Justice systems of records are not wrongfully disseminated by the Department. Failure to furnish the information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. section 1001 and / or 5 U.S.C. 552a (i) (3) by a fine of no more than $5,000.

FULL NAME OF REQUESTER   Marcus DiAngelo Jones

CURRENT ADDRESS   P.O. Box 33  Terre Haute, Ind  47808

DATE OF BIRTH   7-1-76

SSN#   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

F.B.I. No.   551-4C1-VA2

PLACE OF BIRTH   Memphis  TN

I certify that I am the person above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any records under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3) by a fine of no more than $5,000.

SIGNATURE: /Marcus Jones/

## AFFIDAVIT OF INDIGENCE

In as much as the requested information is in the "PUBLIC INTEREST" and I have declared myself to be indigent, I ask that you "WAVE ALL FEES, COST, and / or CHARGES" in pursuant 5 U.S.C. 552a (1) (3) et. Seq.

I   Marcus Jones   , swear that the afore going FOIA / PA request is true and correct to the best of my knowledge and belief.

Authorized by the Act of July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

_____
Case Manager

MAY 16 2001 RECEIVED

Marcus Jones

REG #   12520015

PO BOX   33   UNIT   C

(2)

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

*4 days*
*6 pgs*
*62 Code*

May 24, 2001

Mr. Marcus D. Jones
#12520045
PO Box 33
Terre Haute, Indiana 47808

REFER TO: 122000
01-1506 / RA

Dear Mr. Jones:

This is in regards to your letter requesting information from the Bureau of Alcohol, Tobacco and, Firearms.

Your letter infers that you purchased a firearm at Callaway Pawn and Gun which then became connected with you and the Callaway County Sheriff's Department.

If this is correct, please let us know. We will then ascertain whether this Agency maintains firearms transaction records for the dealership you name. Please note that we only maintain the records for dealerships that have **gone out of business.**

Please clarify whether or not you were the purchaser of the firearm, and when and where you purchased such firearm. If the dealer is out of business, we will be able to search for records by using the **completed** enclosed form.

If we can be of further assistance, please let us know.

Sincerely,


Rodney Anderson Jr.
Disclosure Assistant

| | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| CODE | | | | | | | |
| SURNAME | | | | | | | **EXHIBIT B** |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)    *U.S. Government Printing Office: 2001— 472-826/42914



**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

2600 Grand Avenue, Suite 200
Kansas City, Missouri 64108
June 19, 2001

01-1766
7/25

783000:CLC
9530



JUN 2 5 2001
RECEIVED

MEMORANDUM TO: Office of Assistant Director
Liaison and Public Information

ATTENTION: Disclosure Division

FROM: Special Agent in Charge
Kansas City Field Division

SUBJECT: Freedom of Information Request
783020 00 0102

The Kansas City Field Division (KCFD) has received a Freedom of Information Act (FOIA) request from Marcus DeAngelo Jones, AKA Marcus DeAngelo Lee. The Kansas City II Field Office handled the case.

This FOIA request, along with the entire copy of the investigative file, is being forwarded to your office for any actions you deem appropriate. Should you have any questions, please contact Division Operations Officer Floyd E. Owens at (816) 421-3440.

*Floyd E. Owens*
Mark S. James

Attachment

WWW.ATF.TREAS.GOV

EXHIBIT C

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**CORRESPONDENCE APPROVAL AND CLEARANCE**

REFER TO: 01-1766
122000

JUL - 7 2001

Mr. Marcus D. Jones
Reg. #12520-045
P.O. Box 33
Terre Haute, Indiana 47808

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request for access to information maintained by the Bureau of Alcohol, Tobacco and Firearms (ATF). Specifically regarding the purchase of a firearm in Callaway County. Your FOIA request was also received by the ATF office in Kansas City; do be advised all FOIA requests for records are processed here in Washington, D.C. Bureau Headquarters.

Enclosed is your file, which contains the information you seek. Your request is granted in part, we are releasing the segregable portions of the records that are exempt and are withholding portions for the reasons indicated on the enclosed "Document Cover Sheet".

The costs associated with processing your FOIA request did not meet the minimum.

Insofar as portions of your request has been denied by deletions you have the right to file an Administrative Appeal by following the procedures outlined in Part III of the enclosed form.

Sincerely yours,

**(Signed) Averill P. Graham**
Averill P. Graham
Team Leader, Disclosure Division

Enclosure

**EXHIBIT D**

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SURNAME | | | | | | | |
| DATE | | | | | | | |

ATF F 9310.3A (7-97) (Formerly ATF F 1325.6A, which may still be used)     *U.S. Government Printing Office: 2000 — 461-270/23737

03-1219

AG
due 7/14

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO: Dorothy Chambers
FOIA/PA Officer
Chief Disclosure Division
Bureau of Alcohol, Tobacco, Firearms
And Explosives
Department of Justice
Washington, D.C. 20226

FROM: Marcus D. Jones # 12520045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTIONS 552, 552(a), I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUEST THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDS MAINTAINED BY YOUR AGENCY:

Agent 302 reports and witness interview notes, of witnesses and findings from a drug investigation from the Columbia Police Department, Columbia, Missouri. This case was federally prosecuted in the U.S. District Court Western district of Missouri Case No. 99-0401-CR. This Agency was responsible and participated in collecting evidence, and presenting the case to the Assistant United States Attorney. This request is limited to the above stated information.

I AM ALSO REQUESTING A COPY OF THE APPLICABLE RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561.

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THEREOF, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT F.C.I. Greenville AND REQUESTS THAT ANY SEARCH, AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN(10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN(10) WORKING DAYS.

Respectfully submitted, Marcus Jones
(requester)

Dated this 8th day of June, 2005

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Marcus DeAngelo Jones
CURRENT ADDRESS: P.O. Box 5000, Greenville, Illinois 62246
DATE OF BIRTH: July 1, 1976
PLACE OF BIRTH: Memphis, Tennessee
EMPLOYEE I.D. NUMBER: # 12520045

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under U.S.C. 552a(i)(3), by a fine of not more than $5,000

**EXHIBIT E**

Dated this 8th day of June, 2005    Signature: Marcus Jones

**U. S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

---

JUN 1 6 2005                REFER TO: 05-1219 AG
                                      100060

Mr. Marcus D. Jones
Reg. #12520-045
FCI – Post Office Box 5000
Greenville, Illinois 62246-5000

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request dated June 8, 2005, received on June 15, 2005, wherein you request access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pertaining to you.

A search of our criminal records has failed to produce the requested information. This is not a denial; rather it is to advise you that; based on the information you provided responsive records were not identified. If you can tell us how and when you had contact with ATF, or why you feel certain ATF would maintain records about you, also provide your social security number, we will then have more information on which to base a further search.

Furthermore, you specifically request 302 reports that are generated by the Federal Bureau of Investigations; ATF does not maintain other federal agency records.

Insofar as records have not been identified at this time, you have the right to request an administrative appeal based on the efficiency of the search. You may write to the Office of Information and Pr ivory, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001. Your letter must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records and use the "REFER TO" number at the upper right of this letter. Your appeal should state any arguments in support thereof. However, if you can give us more information first we will search again.

Sincerely yours,

**(Signed) Averill P. Graham**

Averill P. Graham
Chief, Disclosure Division

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | **EXHIBIT F** | |

ATF Form 9310. 3A
Revised May 1 2004

Marcus DeAngelo Jones #12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois 62246

05-2233

June 26, 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearmes
and Explosives
Office of Information and Privacy
United States Department of Justice,
Flag Building, Suite 570
Washington, D.C. 20530-0001

OFFICE OF INFORMATION
AND PRIVACY

JUL 0 7 2005

RECEIVED

RE: This is a Appeal from denial of records and a improper search in FOIA request Number 05-1219 AG

Dear Mam or Sir:

    This agency is denying me the request for information based on a improper search for records. In my original request for the records I provided me social security number on the form,(My social security number is 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).

    I also provided in my request when and how this agency was involved in my drug investigation and provided the time, dates, and places where the investigation occured. I further informed in my request that his agency was responcible for collecting evidence in the possession of the State Police Department and preparing a recommendation for prosecution of the Assitant U.S. Attorney for the Western District of Missouri on a ATF F 3200.14 form.(Also See Attached page 1 thru 3) — *Nothing Attached*

    Furthermore, whether this agency calls it's investigative reports 302 reports or not I would have hoped that the person handling my request knew what I was saying.

    But, again my request for records were denied based on a improper search and I request that I be provided with the ATF Reports of Investigation of my drug case, the recommendation for prosecution form, ATF report of investigation interviews with witnesses.

Sincerely,
Marcus Jones #12520-045

EXHIBIT G



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*    *Washington, D.C. 20530*

JUL 1 4 2005


Mr. Marcus D. Jones
Register No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

    Re:  Request No. 05-1219

Dear Mr. Jones:

    This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on July 7, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2233**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                 Sincerely,

                                 Priscilla Jones
                                 Chief, Administrative Staff

ATF                                                                  **EXHIBIT H**

Marcus D. Jones #12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois 62246

08-17-05A09:57 RCVD
15-Sep-05
05-1483    AG

August 10, 2005

Department of Justice
Bureau of Alcohol, Tobacco, Firearms
and Explosives
Washington, D.C. 20226

RE: REQUEST NO 05-1219-AG, APPEAL AND NOTICE OF ADDRESS.

Dear Mam or sir:

  I requested information from this agency reguarding report, and evidence that this agency was involved in back in 1999, with the Columbia Police Department, in Columbia, Missouri.
  This evidence is known to be in this agency's possession and controll. This agency has refused to comply with my request.
  If I do not recieve the information, and notice from this appeal within 30 days I will seek Judicial relief.

                                        Sincerely,

                                        Marcus Jones #12520-045

PS: THE INFORMENTION WAS RELATED TO A DRUG INVESTIGATION WHICH
THIS AGENCY ASSISTED AND COLLECTED EVIDENCE FROM THE POLICE DEPARTMENT.

cc;mdj

EXHIBIT I



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　*Washington, D.C. 20530*

08-17-05A09:59 RCVD

AUG 1 5 2005

Mr. Marcus D. Jones
Callaway County Jail　　　　　Re:　Appeal No. 05-2233
Post Office Box 817　　　　　　　　Request No. 05-1219
Fulton, MO  65251　　　　　　　　　RLH:ADW:JTR

Dear Mr. Jones:

　　You appealed from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for access to records concerning you.

　　The ATF informed you that it could locate no responsive records in its files, but might be aided by additional information, such as your social security number. Subsequent to your appeal, the ATF performed a second search using the social security number that you provided in your appeal letter, and located records responsive to your request. Accordingly, I have decided to remand your request for processing of the responsive records. The ATF will send the releasable portions of these records to you directly. If you are dissatisfied with the ATF's ultimate action on these records, you may appeal again to this Office.

　　If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　Richard L. Huff
　　　　　　　　　　　　　　　　Co-Director



**EXHIBIT J**

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

100060-AG

Mr. Marcus D. Jones
Reg. No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois 62246

AUG 1 8 2005

Dear Mr. Jones:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on August 17, 2005, and has been assigned number 05-1483; a response will be mailed to you within 20 (twenty) business days from the date of receipt.

Sincerely yours,

/S/

April Sands
Disclosure Assistant

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

**EXHIBIT K**

ATF Form 9310. 3A
Revised May 1 2004

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

SEP X 1 2005

REFER TO: 05-1483 AG
100060

Mr. Marcus D. Jones
Register #12520-045
FCI – Post Office Box 5000
Greenville, Illinois 62246

Dear Mr. Jones:

This is in response to your Freedom of Information Act (FOIA) request for access to information maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), as they pertain to you.

Your request is granted in part. We are releasing segregable portions of the records that are exempt and are withholding portions for the reasons indicated on the enclosed "Document Cover Sheet".

You provided the information necessary to identify your records when you appealed, consequently your appeal was remanded and then we were able to process your FOIA request. The costs associated with processing this portion of your FOIA request did not meet the minimum.

Insofar as portions of your request has been denied by deletions, you have the right to file an administrative appeal by following the procedures outlined in Part III of the enclosed form.

Sincerely yours,

**(Signed) Averill P. Graham**
Averill P. Graham
Chief, Disclosure Division

Enclosure

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

**EXHIBIT L**

ATF Form 9310. 3A
Revised May 1 2004
*U.S. GPO: 2004-304-380/82603

Received 9-22-05

Marcus DeAngelo Jones #12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, Illinois  62246

05-2872 PA
2-05-2873 Ⓐ
ATF
But EOUSA
resp att.

September 15, 2005

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms
and Explosives.
Freedom of Information and Privacy
Flag Building, Suite 570
Washington, D.C.  20530-0001

1. ATF #05-1483
Closed 9/1/05
Partial Release

2. EOUSA #01-1351
Closed 7/20/04
(In Litigation)

RE: Administrative Appeal from Request No. 05-1483 AG
ATF #?

Dear Mam or Sir:

I am appealing, because the <u>ATF</u>, is withholding information that I requested, and or did not conduct a proper search for information. I requested information concerning evidence collected by the ATF, from The Columbia Police Department in Columbia, Missouri.

<u>The ATF division only disclosed</u> material concerning the firearms investigation and offense  when the recommendation for prosecution was given to the Assistant United States Attorney for the Western District of Missouri.

However, the ATF also acted as a liaison agency in collecting evidence concerning the Federal drug offense that I was charged with. I requested the reports, evidence, statement may, interviews  taken and prepared by the ATF agents , and presented to the United States Attorney's Office concerning my **"drug investgation"**. I know this agency of the ATF participated in collecting the evidence and presenting this case to the prosecution.

Attached is my proof that the ATF has evidence, reports, ect., in it possession concerning my drug case and is withholding this material.

In the event that I do not hear from, you or the ATF, in 30 days from the date of this letter I will seek judicial relief.

Sincerely Yours,

Marcus Jones  app

cc:MDJ

OFFICE OF INFORMATION
AND PRIVACY

SEP 22 2005

RECEIVED

EXHIBIT M



**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*   *Washington, D.C. 20530*

SEP 30 2005

Mr. Marcus DeAngelo Jones
Register No. 12520-045
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

    Re: Request No. 05-1483

Dear Mr. Jones:

    This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives on your request for information from the files of the Department of Justice was received by this Office on September 22, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2872**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                        Priscilla Jones
                        Chief, Administrative Staff

ATF                                                                           EXHIBIT N



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

NOV 1 3 2006

Mr. Marcus D. Jones
Register No. 12520-045
Federal Correctional Institution                Re:   Appeal No. 05-2872
Post Office Box 5000                                  Request No. 05-1483
Greenville, IL  62246                                 BVE:ALB:KAM

Dear Mr. Jones:

You appealed from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) on your request for access to records pertaining to yourself. I regret the delay in responding to your appeal.

After carefully considering your appeal, I am affirming ATF's action on your request. The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.106 (2006). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

ATF properly withheld from you certain information that is protected from disclosure pursuant to:

> 5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices; and

> 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

In your appeal letter dated September 15, 2005, you contend that ATF failed to provide you with all records responsive to your request, specifically, eighty pages that the Executive Office for United States Attorneys (EOUSA) apparently referred to ATF in 2001 (EOUSA Request No. 01-1351). As a result of discussions between ATF personnel and a member of my staff, ATF conducted a further search of its files but did not locate records related to this apparent referral of eighty pages from EOUSA. I have determined that ATF conducted an adequate, reasonable search in this case.

**EXHIBIT O**

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                            Sincerely,

                                            Daniel J. Metcalfe
                                            Director