UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS DEANGELO JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0461 (RMU) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, and ) | |
| ) | |
| U.S. BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, supporting materials, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that summary judgment is entered in favor of Defendants on all claims.

This is a final and appealable order.

So ordered, this _____ day of _____, 2007.

_____
RICARDO M. URBINA
United States District Judge