IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARCUS DEANGELO JONES,

    Plaintiff,

v.                                        Civil No. 06-0461 (RMU)

U.S. DEPARTMENT OF JUSTICE, and

U.S. BUREAU OF ALCOHOL, TABACCO,
FIREARMS AND EXPLOSIVES,

    Defendants.

## MOTION FOR EXTENSION OF TIME.

Plaintiff, Marcus Jones, pro se, ("Jones"), respectfully reqest an additional twenty (20) days to file an anwser or otherwise respond to Defendants motion for Summary Judgement. Jones is surrently unaware of the deadline date, and request a deadline date of on or before July 25, 2007. In support Jones states:

1.) Jones, has been transfered to different Institutions since the FIOA complaint was filed, and has to make a request to staff to schedule a time so that he may go through his legal box of material.

2.) Due to other Institutional obligations, and Institutional functions, Jones may not be able to prepare and copy the responce until in about the middle of July.

3.) The extension in this case is appropriate to permit Jones to prepare and present his response motion.

4.) This is Jones first motion for an extension of time and it

is made in good faith and not for a delay. The Defendants will not be prejudiced by the extension.

WHEREFORE, Jones prays for a order granting him an estension of time to file his response motion until and through July 25, 2007. EXECUTED THIS 26th DAY OF JUNE, 2007.

RESPECTFULLY SUBMITTED,

MARCUS D. JONES #12520-045
Federal Correctional Complex
P.O.Box 1033
Coleman, Florida  33521

PRO SE PALINTIFF

CERTIFICATE OF SERVICE

I, hereby certify that on this 26th day of June, 2007, a true and correct copy of the foregoing motion for extension of time was placed in the Institutional mailing system. postage pre-paid first class mail and sent to the following:

ASSIATANT UNITED STATES ATTORNEY
ALAN BURCH
555 Fourth Street N.W.
WASHINGTON, D.C.  20530

Signed,
Marcus Jones