## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARCUS D. JONES | : | |
| Plaintiff, | : | Civil Action No.: 04-0675(RMU) |
| v. | : | Document No.: 15 |
| U.S. DEPARTMENT OF JUSTICE | : | |
| Defendant. | : | |

### ORDER

**GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS CONCEDED**

    On December 15, 2004, the defendant filed a motion for summary judgment. Because a ruling on the motion may have disposed of the case, the plaintiff was advised in a December 16, 2004 Order of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. The Court ordered plaintiff to file his opposition or other response to defendant's motion by January 19, 2005, and further notified him that, if he failed to file a timely response, the court may treat defendant's motion as conceded. To date, no response has been filed. The court's records neither reflect that any mail sent to the plaintiff has been returned to the court as undeliverable, nor indicate the Clerk's receipt of notification of a change of the plaintiff's address. The court treats defendant's motion as conceded.

    Accordingly, it is this 7th day of February 2005, hereby

    **ORDERED** that defendant's motion for summary judgment is **GRANTED** as conceded; and it is

    **FURTHER ORDERED** that judgment shall be entered for defendant.

    **SO ORDERED.**

    RICARDO M. URBINA
    United States District Judge