Marcus Jones # 12520-045
F.C.I. Memphis
P.O. Box 34550
Memphis, TN 38134

**RECEIVED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 23, 2008

Office of the Clerk
U.S. District Court for the
District of Columbia
333 Constitution Ave. N.W
Washington, D.C.   20001

Re: Jones v. Department of Justice No. 06-0461 (RMU) and
    Notice of New Address.

Dear Clerk:

   Please be advised that I have been transferred to a new prison and my new address is stated in the upper left hand corner.
   Please, enter this new address in this case. Thank you for your time and attention in this matter.

Sincerely
Marcus Jones